| | |
|---|---|
| 1 | Andrea Wirum Ch 7 Trustee, Chapter 7 Trustee |
| 2 | P.O. Box 1108<br>Lafayette, CA 94549 |
| 3 | Telephone: (415) 294-7710<br>Facsimile: (415) 294-7710 |
| 4 | trustee@wirum.com |

**FILED MAY 17 2010**
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:

BRADY, BLAINE A.

Debtor(s).

Case No. 98-10199

Chapter 7

NOTICE OF UNCLAIMED DIVIDEND(S)
(FRBP 3011)

TO: THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 11111 in the sum of $2,380.63 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each person entitled to said unclaimed dividend is attached.

Dated: May 12, 2010

Andrea Wirum Ch 7 Trustee,
Chapter 7 Trustee

LIST OF CREDITORS/CLAIMS WITH UNCLAIMED DIVIDEND(S)

| CHECK NUMBER | NAME & ADDRESS OF CLAIMANTS | AMOUNT OF DIVIDEND |
|---|---|---|
| 11109 | Business Insurance Group<br>11092 Sun Center Dr.<br>Rancho Cordova, CA 95670 | 2,380.63 |
| | Total: | $2,380.63 |

BRADY, BLAINE A.
98-10199 AJ